Richard C. Gordon, Esq.
Nevada Bar No. 9036
Erik J. Foley, Esq.
Nevada Bar No. 14195
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone:  702.784.5200
Facsimile:  702.784.5252
Email: rgordon@swlaw.com
        efoley@swlaw.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MGP APEX 582 MULTIFAMILY, LLC, a Nevada limited liability company; MGP APEX 582 DEVELOPMENT, LLC, a Nevada limited liability company; MGP APEX 582 GUARANTY, LLC, a Nevada limited liability company; <br><br>              Plaintiffs, <br><br> vs. <br><br> TREZ CAPITAL WINSTON LP, a Delaware Limited Partnership; TREZ CAPITAL FUNDING II, LLC, a Delaware limited liability company, <br><br>              Defendants and Real Parties in Interest, <br><br> and <br><br> BH&G HOLDINGS, LLC, a Nevada limited liability company <br><br>              Nominal Defendant. | CASE NO.: 2:23-cv-00009-RFB-DJA <br><br> **STIPULATION AND ORDER TO REMAND** |

Plaintiffs MGP Apex 582 Multifamily, LLC, MGP Apex 582 Development, LLC, and MGP Apex 582 Guaranty, LLC (collectively, the "Plaintiffs") and Defendants Trez Capital Winston LP and Trez Capital Funding II, LLC (collectively, the "Defendants") hereby stipulate and agree, and jointly request that the Court remand this Removed Action back to the Eighth Judicial District Court for Clark County, Nevada due to lack of diversity jurisdiction, based on the following:

WHEREAS, on December 27, 2022, Plaintiffs commenced an action in Nevada's Eighth Judicial District Court, Case No. A-22-863107-C, entitled *MGP Apex 582 Multifamily, LLC v. Trez Capital Winston LP* (the "State Court Action").

WHEREAS, on January 3, 2023, Defendants filed a Notice of Removal with this Court [ECF No. 1] based on contended diversity jurisdiction (the "Removed Action"). The Removed Action was assigned to Judge Richard F. Boulware and Magistrate Judge Daniel J. Albregts as Case No. 2:23-cv-00009-RFB-DJA.

WHEREAS, no other defendants named in the State Court Action filed an appearance in either the State Court Action or the Removed Action and none have joined in the Notice of Removal.

WHEREAS, Defendants and Plaintiff MGP Apex Multifamily, LLC each have members and/or partners domiciled in Delaware, thereby precluding diversity jurisdiction. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) ("[L]ike a partnership, an LLC is a citizen of every state of which its owners/members are citizens."). The Delaware membership within Plaintiff MGP Apex Multifamily, LLC was unbeknownst to defense counsel at the time of filing the Notice of Removal.

WHEREFORE, Plaintiffs and Defendants stipulate and agree that the Removed Action does not meet the complete diversity requirement for diversity jurisdiction, and on this basis,

jointly request that the Court order the Removed Action to be immediately remanded back to the Eighth Judicial District Court in and for Clark County, Nevada. *See id*. *See also*, 28 U.S.C. § 1332. Due to a scheduled January 10, 2023 foreclosure sale, and a TRO hearing that was pending at the time of removal, the Parties request expedited review of this stipulation.

**IT IS SO STIPULATED**.

Dated: January 5, 2023

**HOLLAND & HART**

By: */s/ Joseph G. Went (with permission)*
  Joseph G. Went, Esq.
  Nevada Bar No. 9220
  Sydney R. Gambee, Esq.
  Nevada Bar No. 14201
  9555 Hillwood Drive, 2nd Floor
  Las Vegas, NV 89134

*Attorneys for Defendants*

Dated: January 5, 2023

**SNELL & WILMER LLP**

By: */s/ Richard C. Gordon*
  Richard C. Gordon, Esq.
  Erik J. Foley, Esq.
  3883 Howard Hughes Parkway, Suite 1100
  Las Vegas, Nevada

*Attorneys for Plaintiffs*

**ORDER**

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

# Shypkoski, Michelle

| | |
|---|---|
| **From:** | Joseph Went <JGWent@hollandhart.com> |
| **Sent:** | Wednesday, January 4, 2023 5:34 PM |
| **To:** | Gordon, Richard |
| **Cc:** | Austin, Bradley; Foley, Erik; Shypkoski, Michelle; Sydney R. Gambee |
| **Subject:** | MGP Apex 582 Multifamily, LLC, et al., v. Trez Capital Winston LP, et al. (Remand for Lack of Diversity) |
| **Attachments:** | Stipulation and Order to Remand 4885-7237-9975_2.docx |

**[EXTERNAL]** jgwent@hollandhart.com

Rick:

We have reviewed the email and documents you provided this afternoon regarding the membership of Plaintiff MGP Apex Multifamily, LLC. Based on those items, the citizenship of MGP Apex Multifamily, LLC and the citizenship of the defendants, we understand that diversity jurisdiction is precluded. You may affix my electronic signature to the stipulation and order to remand.

Joe



**Joseph Went**
Partner

**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor, Las Vegas, NV 89134

jgwent@hollandhart.com | **T:** (702) 669-4619 | **M:** (702) 527-9561

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.